ALLEN INDEPENDENT SCHOOL DISTRICT
## ADMISSION, REVIEW, AND DISMISSAL/INDIVIDUALIZED EDUCATION PROGRAM (ARD/IEP) COMMITTEE REPORT

| | | |
|---|---|---|
| Name: Howland Nguyen Liva    ID#: 297096 | School: Marion Elementary | School Phone: 2144956784 |

Date of Birth: 08/30/2012    Grade: 3rd Grade

**The Student is represented by:** Mother

Parent/Guardian/Adult Student/Surrogate Parent: Jane Liva

Parent Address: 1555 Hansberry Dr

City: Allen Zip: 75002

Phone 1: (214) 680-8813

Phone 2: (214) 680-8813

Date: 08/28/2020

## ARD/IEP Committee Meeting General Information

☑ Parent is in attendance.　　　☐ Parent was unable to attend the ARD/IEP meeting.

☐ Yes ☑ No　　An interpreter was needed and used to assist in conducting the meeting for parent(s) with deafness or whose native language is other than English. If Yes, specify the language or other mode of communication.

*The meeting is audiotaped by:*　☑ Not Applicable　☐ Parent　☐ School District　☐ Adult Student

## I. THE PURPOSE OF THIS MEETING

Agreement to Change

☐ Identification
☑ Program (IEP)
☐ Manifestation Determination Review

☐ Evaluation
☐ Promotion
☐ Parent Request

☐ Discipline
☐ Graduation
☐ Additional Evaluations

☐ Transition
☐ ESY
☐ Re-Evaluation (REED)

☐ Dismissal
☐ Placement
☐ Consider Need for Compensatory Services

Joint Exhibit 6: pp. 1- 25

Copy to: Special Education Eligibility Folder Parent and/or Student　Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00156

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

## II. INFORMATION REVIEWED AND CONSIDERED

**Full and Individual Evaluation Report**                          **Date: 04/14/2020**

**Full and Individual Evaluation Summary**

Based on all collected data, Howland meets criteria as a student with Autism and a Speech Impairment in the area of pragmatic language. The ARD committee should give careful consideration as to whether this additional eligibility is necessary for appropriate educational planning as his communicative deficits are consistent with and secondary to his eligibility has a student with the condition of Autism. Howland does not meet eligibility criteria for an Other Health Impairment based on the medical diagnosis of ADHD. A determination for the related service of Occupational Therapy could not be determined at this time due to the State mandated school closure.

**State Assessment Results:**
Howie is currently in the third grade. He will take the STAAR test for the first time during the 2020 - 2021 school year.

**District Wide Assessment Results:**
There are no district assessment results to report at this time.

**Information from the parent(s) for enhancing the education of the student:**
Refer to ARD deliberations.

**Age appropriate transition and functional vocational evaluation information:**
Not applicable at students age.

**Progress on the previous year's annual goals and benchmark / short-term objectives (applicable to all but initial ARD committee meetings):**
Refer to progress report.

☑   No additional evaluation(s) data is requested.

☐   Yes, additional evaluation(s) data is requested (e.g., 3-year evaluation, ARD/IEP Committee request, parent request, teacher request).

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

**Joint Exhibit 6: pp. 2- 25**
Page 2
**Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00157**

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

## III. DETERMINATION OF ELIGIBILITY FOR SPECIAL EDUCATION AND RELATED SERVICES

### Determining Disability Condition Criteria

Based on the evaluation data reviewed, the ARD/IEP Committee has **determined** that the student:

☐ ***does not meet the*** disability condition criteria to receive special education and related services.

☑ *meets* the **disability condition criteria** to receive special education and related services.

**AND**

☑ Yes ☐ No by reason of the disability/disabilities has a need for special education and related services.

### Determining Eligibility to Receive Special Education and Related Services

Before the ARD/IEP Committee determines that the student has a disability and needs special education, the ARD/IEP Committee must conduct a determinant factor analysis. A student may not be determined eligible if the determinant factor for that eligibility is: a lack of appropriate instruction in reading (including essential components of reading instruction), lack of appropriate instruction in math and/or limited English proficiency.

☐ No ☑ Yes     Based on disability condition criteria and determinant factor analysis, it has been determined that this student is eligible for special education services under the following disability categories:

**(1) - Autism**

**(2) - Speech Impairment**

Special education services are reviewed at least annually and at each review, the ARD/IEP Committee determines whether a student continues to need these services or should be dismissed from receiving special education.

Special education services are projected to begin on **08/31/2020** and will be implemented through **05/07/2021**

Copy to: Special Education Eligibility Folder Parent and/or Student Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00158

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

## IV. DEVELOPMENT OF THE INDIVIDUALIZED EDUCATION PROGRAM AND CONSIDERATION OF SPECIAL FACTORS:

**PLAAFP 34 CFR §300.320**

### Present Levels of Academic Achievement and Functional Performance: (PLAAFP) 34 CFR §300.320

The IEP must include a statement of the child's present levels of academic achievement and functional performance including how the child's disability affects the child's involvement and progress in the general education curriculum; or for preschool children, as appropriate, how the disability affects the child's participation in appropriate activities.

The following information is derived from: Full and Individual Evaluation (FIE) data, documentation from classroom performance, teacher information, parent/student information, curriculum based and standardized assessments, observations, and/or student work samples.

Academic/Functional/Other *(Provide academic/functional information for each area identified in the current evaluation that interferes with the student's progress in the general education curriculum.)*

**Cognitive Abilities - Cognitive Abilities**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student does not display deficits in cognitive ability which impact progress.

**Academic Performance - Reading**
**The student needs goals and/or accommodations to address the following area of need:**
None: Student meets grade level expectations in reading.

**Academic Performance - Writing**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student meets grade level expectations in writing.

**Academic Performance - Math**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student meets grade level expectations in math.

**Academic Performance - Science**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student meets grade level expectations in Science.

**Academic Performance - Social Studies**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student meets grade level expectations in Social Studies.

**Functional - Functional Skills**
**The student needs goals and/or accommodations to address the following area of need:**
None: The student exhibits appropriate functional skills.

**Behavioral - Behavioral**
**The student needs goals and/or accommodations to address the following area of need:**

Joint Exhibit 6: pp. 4- 25
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00159

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

Focus and Concentration
Social Skills: Peers
Social Skills: Adults

**Present Levels of Academic Achievement and Functional Performance:**

According to FIE Report Date: 04/14/2020

Howland is qualifying for services in areas of Autism and Speech Impairment, in area of pragmatics.

Implications of Howland's disability (Autism and Speech in area of Pragmatics) indicate that he may have difficulty with the following:

• Initiating and maintaining interactions with peers and adults

• Comprehending non-literal writing or exchanges

• Analyzing and repairing breakdowns/conflict in interactions

• Maintaining attention to task

• Organization in the classroom

• Sitting still/standing still in classroom or in line

• Paying attention, especially in the presence of background noise

• Comprehending social exchanges and changes in expression and tone

• Understanding abstract concepts

• Maintaining conversations about non preferred topic

Howland is very bright and is working on grade level work within the classroom. According to FIE teacher reports Howland often fails to give attention to details or makes careless mistakes in school work. He is reluctant to engage in tasks that require sustained mental effort, He has difficulty organizing tasks and at times loses things necessary for tasks or activities (school assignment, pencils, books).

The FIE notes that Howland also has a medical diagnosis of Attention Deficit Hyperactivity Disorder. However the physician did not return the Other Health Impairment form. Therefore, Howland does not meet eligibility for the disability condition of Other Health Impairment at this time. If an Other Health Impairment form is received from the physician it is recommended that the ARD committee considers OHI as an additional eligibility.

**Speech/Language - Speech/Language Factors**

**The student needs goals and/or accommodations to address the following area of need:**

Pragmatics

**Present Levels of Academic Achievement and Functional Performance:**

Per his FIE, Howland presents with average receptive and expressive language skills compared to other student his age. He is able to ask questions and provide responses during conversations about preferred topics. He can provide detailed descriptions of how to complete a routine task, can provide a narrative to accompany illustrations and retell a story presented. He is also able to answer factual and inferential questions appropriate for his age.

Howland's pragmatic language deficits are characterized by lack of flexibility in conversation topic, and difficulty with reciprocal communication including asking others about their experiences, providing responses that are not too long or too short and initiating interactions.

**Physical - Physical**

**The student needs goals and/or accommodations to address the following area of need:**

None: The student docs not exhibit mobility, vision, hearing or motor concerns.

Copy to: Special Education Eligibility Folder Parent and/or Student upon graduation

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

| Accommodation | Reading | ELA | Math | Science | Social Studies | Electives |
|---|---|---|---|---|---|---|
| Access to sensory tools | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Allow for preferential seating | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Check often for understanding/review/comprehension | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Extra time to complete assignments - up to 1 day | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Give directions in small, discrete steps (written/picture/verbal) | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Other: Provide individual visual schedule, provide brief movement breaks, prompt to utilize alternate work positions (i.e., standing, working away from distractions), give advance warning before being called on, prime background knowledge. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Visual, verbal or tactile reminders to stay on task | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

### Goals and Objectives

☑ Yes ☐ No — The ARD/IEP Committee reviewed achievement on each of the previous year's goals and short-term objectives on the IEP, including a discussion of how the student's disability affects involvement and progress in the general education setting. NOTE: This is applicable to all but initial ARD/IEP meetings)

☐ Yes ☑ No — Previous IEP goals and if applicable, objectives from ARD/IEP meeting remain in effect.

**Measurable Annual Goal:** Educational goals are developed in collaboration with all service providers supporting the student. **A statement of measurable annual goals, including academic and functional goals are designed to:** (a) meet the student's needs that result from the student's disability to enable the student to be involved and make progress in the general education curriculum; and (b) meet each of the student's other educational needs that result from the student's disability; and (c) facilitate the student's transition from school to post-school activities.

Objectives are needed for the student who: (a) requires extensive modifications and accommodations to classroom instruction, assignments, and assessments to access and demonstrate progress in the grade-level Texas Essential Knowledge and Skills* (TEKS), (b) has a significant cognitive disability and is receiving instruction that is linked to the grade level curriculum through prerequisite skills, and/or (c) has some measurable goals that are more effectively implemented or measured when short-term objectives are included.

**ANNUAL GOAL:**

**Behavioral**

**Curriculum/Service Area:** Social Skills

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given opportunity for a structured conversation and strategies, Howland will independently initiate a conversation with peers related to school or extra curricular activities (i.e., vacation, movie, etc.). Progress will be determined using the following measurement criteria: trials. Howland will achieve 2 of 3 trials by 05/07/2021.

**Goal Objective(s)**

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Joint Exhibit 6: pp. 6- 25
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00161
Page 6

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT

Office of Special Education Services

- Beginning 08/31/2020 - Given opportunity for a structured conversation and strategies, Howland will independently ask a peer up to 2 follow-up questions to help maintain a conversation and will use this strategy to initiate conversations with peers outside of the social skills classroom. Progress will be determined using the following measurement criteria: trials. Howland will achieve 2 of 3 trials by 05/07/2021.

**To be implemented by:** Special Education Teacher, General Education Teacher

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

**Curriculum/Service Area:** Social Skills

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given opportunity for a structured conversation and strategies for turn taking in conversation, Howland will engage in appropriate turn-taking skills by attending to peer's conversation and waiting for his turn to respond. Progress will be determined using the following measurement criteria: trials. Howland will achieve 2 of 3 trials by 05/07/2021.

**To be implemented by:** Special Education Teacher, General Education Teacher

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

**Speech/Language**

**Curriculum/Service Area:** Speech Therapy

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given visual prompts and no more than one verbal reminder, Howland will avoid an identified preferred topic during a 10 minute interaction with peers and/or instructor. Progress will be determined using the following measurement criteria: percent of trials. Howland will achieve 75 percent of trials by 05/07/2021.

**To be implemented by:** Speech Therapy Service Provider

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

**Curriculum/Service Area:** Speech Therapy

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given a teacher selected conversation prompt, Howland will take 4 turns in an exchange, remaining on topic.. Progress will be determined using the following measurement criteria: percent of trials. Howland will achieve 70 percent of trials by 05/07/2021.

**To be implemented by:** Speech Therapy Service Provider

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

**Curriculum/Service Area:** Speech Therapy

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given a recent event (e.g. a classroom activity or weekend at home), Howland will answer 3 wh questions about the event

Copy to: Special Education Eligibility Folder Parent and/or Student, Special Education Teacher

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

thoroughly and accurately.. Progress will be determined using the following measurement criteria: percent of trials. Howland will achieve 80 percent of trials by 05/07/2021.

**To be implemented by:** Speech Therapy Service Provider

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

**Curriculum/Service Area:** Speech Therapy

**Goal Begin Date:** 08/31/2020

**Measurable Annual Goal:**

Given a statement likely to be made by a peer, Howland will offer two follow up comments or questions that could be asked. Progress will be determined using the following measurement criteria: percent of trials. Howland will achieve 80 percent of trials by 05/07/2021.

**To be implemented by:** Speech Therapy Service Provider

**Time frame when this goal will be reviewed and sent home to parent:** Every 9 weeks

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Joint Exhibit 6: pp. 8- 25
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00163

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

**Supplementary Aids and Services**

All required supplementary aids and services are addressed within other sections of the ARD document.

**The student is under the age of 14 and the ARD committee determined that a transition plan is not required at this time.**

Behavior Considerations

☐ Yes ☑ No     The student exhibits significant behavioral challenges which adversely affect his/her educational performance or the learning of others.

Review of Discipline/Behavior Records:

There are no behavioral concerns at this time.

**Physical competencies, as it affects participation in instructional settings and physical education:**

See concerns listed below

☑ Yes ☐ No     Student has health/medical needs which may impact his/her involvement or progress in the general curriculum.

**If yes, specify concerns:**

Howie has a medical diagnosis of Attention Deficit Hyperactivity Disorder (ADHD).

**FITNESSGRAM (For students in grades 3-12 only):** Only students (with or without disabilities) who have been "restricted" in accordance with TAC §74.31, shall not participate in the administration of the FITNESSGRAM. On the basis of health, this student is classified as:

☑     Unrestricted: (not limited in activities) The student will participate in the Fitnessgram without modifications.

**Assistive technology considerations based on the Texas 4–Step Model:**

☐ Yes ☑ No     The student has AT needs that are addressed through Supplementary Aids and Services, Special Education and Related Services.

The ARD Committee, with parent and teacher input and with documentation of progress, anticipates that the student will be able to participate in the educational program, accomplish expected tasks, and make reasonable progress toward mastery of IEP goals and objectives with typically available supports and services.

**Determination of Need for Intensive Program of Instruction**

The student does not require an Intensive Program of Instruction.

Copy to: Special Education Eligibility Folder Parent and/or Student **Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00164**

Name: Howland Nguyen Liva, 297096                    ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

### For a Student with Autism or Other Pervasive Developmental Disorder

☐ Not Applicable

☑ The student has a diagnosis of Autism or another pervasive developmental disorder.

Based on peer-reviewed research-based educational programming practices, to the extent practicable, the ARD committee determines whether the following strategies are needed.

### Social Skills Supports and Strategies

☑ The ARD committee has considered the use of social skills supports and strategies based on social skills assessment/ curriculum and provided across settings, and determined that the student DOES need services as part of his/her IEP

**Describe:**

Howland will have direct instruction through social skills instruction in the resource classroom, as well as, the general education classroom and in Speech Therapy.

**The ARD committee will address this need in the IEP as follows:** ☐ Supplementary Aids and Services
☐ Extended Day Services   ☑ Special Education   ☐ Related Services   ☑ Annual Goals   ☐ BIP
☐ ESY

☐ The ARD committee has considered the use of social skills supports and strategies based on social skills assessment/ curriculum and provided across settings, and determined that the student DOES NOT need services as part of his/her IEP

### Positive Behavior Support Strategies

☐ The ARD committee has considered the use of positive behavior support strategies based on relevant information and determined that the student DOES need services as part of his/her IEP

☑ The ARD committee has considered the use of positive behavior support strategies based on relevant information and determined that the student DOES NOT need services as part of his/her IEP

**The basis for this determination is:**

Classroom strategies and interventions are appropriate at this time.

### In-Home and Community-Based Training

☐ The ARD committee has considered in-home and community-based training or viable alternatives that assist the student with acquisition of social/behavioral skills and determined that the student DOES need services as part of his/her IEP

☑ The ARD committee has considered in-home and community-based training or viable alternatives that assist the student with acquisition of social/behavioral skills and determined that the student DOES NOT need services as part of his/her IEP

**The basis for this determination is:**

Howland is receiving instruction primarily in general education with minimal special education support. He does not demonstrate difficulty with generalization of skills across settings at this time.

### Staff-To-Student Ratio

☐ The ARD committee has considered the suitable staff-to-student ratio appropriate to identified activities and as needed to achieve social/behavioral progress based on the student's developmental and learning level that encourages work towards individual independence and determined that the student DOES need specified staff-to-student ratio as part of his/her IEP

☑ The ARD committee has considered the suitable staff-to-student ratio appropriate to identified activities and as needed to achieve social/behavioral progress based on the student's developmental and learning level that encourages work towards individual independence and determined that the student DOES NOT need specified staff-to-student ratio as part of his/her IEP

**The basis for this determination is:**

Given Howland's level of learning and the IEP the staff-to-student ratio in the general education classroom is appropriate at this time.

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education                    Page 1A
**Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00165**

Name: Howland Nguyen Liva, 297096                    ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT

Office of Special Education Services

**Minimal Unstructured Time**

☑ The ARD committee has considered the use of daily schedules reflecting minimal unstructured time and active engagement in learning activities and determined that the student DOES need services as part of his/her IEP

**Describe:**

A daily schedule reflecting Howie's school day will be attached to the ARD.

**The ARD committee will address this need in the IEP as follows:** ☐ Supplementary Aids and Services ☐ Extended Day Services  ☑ Special Education  ☐ Related Services  ☐ Annual Goals  ☐ BIP

☐ The ARD committee has considered the use of daily schedules reflecting minimal unstructured time and active engagement in learning activities and determined that the student DOES NOT need services as part of his/her IEP

**Communication Interventions**

☑ The ARD committee has considered the use of communication interventions, including language forms and functions that enhance effective communication across settings and determined that the student DOES need services as part of his/her IEP

**Describe:**

Howland receives direct speech services to address pragmatic language concerns.

**The ARD committee will address this need in the IEP as follows:** ☐ Supplementary Aids and Services ☐ Extended Day Services  ☑ Special Education  ☐ Related Services  ☑ Annual Goals  ☐ BIP ☐ ESY

☐ The ARD committee has considered the use of communication interventions, including language forms and functions that enhance effective communication across settings and determined that the student DOES NOT need services as part of his/her IEP

**Extended Educational Programming**

☐ The ARD committee has considered extended educational programming and determined that the student DOES need extended educational programming as part of his/her IEP

☑ The ARD committee has considered extended educational programming and determined that the student DOES NOT need extended educational programming as part of his/her IEP

**The basis for this determination is:**

Based on teacher data collection and observation Howland does not demonstrate regression over school breaks or holidays. At this time, Howland is making progress in all critical areas. Data will continue to be kept over breaks in all critical needs area.

**Teaching Strategies**

☑ The ARD committee has considered teaching strategies based on peer reviewed research-based practices for students with ASD and determined that the student DOES need teaching strategies specified in his/her IEP

**Describe:**

Allen ISD staff practices principles of ABA and utilizes a variety of evidence based instructional methods that are calculated based on the individualized needs of the student.

**The ARD committee will address this need in the IEP as follows:** ☐ Supplementary Aids and Services ☐ Extended Day Services  ☑ Special Education  ☐ Related Services  ☐ Annual Goals  ☐ BIP ☐ ESY

☐ The ARD committee has considered teaching strategies based on peer reviewed research-based practices for students with ASD and determined that the student DOES NOT need teaching strategies specified in his/her IEP

**Futures Planning**

Joint Exhibit 6: pp. 11- 25

Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00166

Copy to: Special Education Eligibility Folder Parent and/or Student (if 18 or older)                    Page 1?

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

☑ Beginning at any age, the ARD committee has considered futures planning (for integrated living, work, community, and educational environments) that considers skills necessary to function in current and post-secondary environments, and determined that the student DOES need services as part of his/her IEP

**Describe:**

Goals/objectives have been identified to facilitate transition and ensure student success in current and future environments.

**The ARD committee will address this need in the IEP as follows:** ☐ Supplementary Aids and Services
☐ Extended Day Services    ☑ Special Education    ☐ Related Services    ☐ Annual Goals    ☐ BIP
☐ ESY

☐ Beginning at any age, the ARD committee has considered futures planning (for integrated living, work, community, and educational environments) that considers skills necessary to function in current and post-secondary environments, and determined that the student DOES NOT need services as part of his/her IEP

**Parent / Family Training**

☐ The ARD committee has considered parent/family training and support provided by qualified personnel with experience in ASD and determined that services ARE needed as part of the student's IEP

☑ The ARD committee has considered parent/family training and support provided by qualified personnel with experience in ASD and determined that services ARE NOT needed as part of the student's IEP

**The basis for this determination is:**

Parents have requested a parent training needs assessment be completed. Parents may be added to the the district e-mail list that announces autism events/meetings in the community for families.

**Professional Educator and Staff Support**

☑ The ARD committee has considered professional educator/staff support and determined that services ARE needed and should be specified in the student's IEP

Allen ISD staff members receive on going training and strategies to implement the IEP as well as implementation of positive behavior supports.

The ARD committee will address this need in the **Supports for School Personnel** as part of **SUPPLEMENTARY AIDS AND SERVICES, SPECIAL EDUCATION AND RELATED SERVICES** (If applicable).

☐ The ARD committee has considered professional educator/staff support and determined that services ARE NOT needed as part of the student's IEP

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00167

Name: Howland Nguyen Liva, 297096                                          ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
#### Office of Special Education Services

**Determination of Services for a Student Determined as Limited English Proficient (LEP)**

☑ No, student is not classified as Limited English Proficient.          ☐ Yes, student is classified as Limited English Proficient.

**Determination of Services for a Student who is Deaf or Hard of Hearing**

The student is not classified with an auditory impairment disability, therefore this section does not apply.

**Determination of Services for a Student who is Blind or Visually Impaired**

The student is not classified with a visual impairment disability, therefore this section does not apply.

Copy to: Special Education Eligibility Folder Parent and/or Student **Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00168**

Name: Howland Nguyen Liva, 297096                                ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT

Office of Special Education Services

**Behavior Intervention Plan (BIP)**

The student does not require Behavior Intervention Plan (BIP)

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

## ALLEN INDEPENDENT SCHOOL DISTRICT
### Office of Special Education Services

## V. Schedule of Instructional and Related Services:

### Transportation as a Related Service:
Is special transportation required? ☑ No ☐ Yes

### Instructional Services

| Semester: Fall 2020-2021 | | | | |
|---|---|---|---|---|
| **Subject** | **Progress Determined By** | **Duration** | **Frequency** | **Location** |
| Speech - Direct | Special Ed | 25 minute(s) | 1 per Week | Special Education |
| Social Skills | Special Ed | 30 minute(s) | 3 per Week | Special Education |
| Semester: Spring 2020-2021 | | | | |
| **Subject** | **Progress Determined By** | **Duration** | **Frequency** | **Location** |
| Speech - Direct | Special Ed | 25 minute(s) | 1 per Week | Special Education |
| Social Skills | Special Ed | 30 minute(s) | 3 per Week | Special Education |

### Determination of Grading Decision
The student will be graded according to district grading policies and procedures.

### Related Services

The student does not require any related services at this time.

## VI. STUDENT ASSESSMENT:

The decision to use a particular accommodation with any student should be made on an individual basis and should take into consideration (a) the needs of the student and (b) whether the student routinely receives the accommodation in instruction and testing. If a student receives special education services, all testing accommodations that are not part of the standard assessment procedures must be documented in the student's IEP. Refer to the Texas Education Agency manual, Revised ARD *Committee Decision-Making Process for the Texas Assessment Program.*

### State and District Assessments

☑ Student is not classified as LEP                    ☐ Student is classified as LEP

☐ Student is not taking a state assessment

☐ For students taking STAAR Alternate, parents have been notified the student's achievement will be based on alternate achievement standards.

Indicate the grade level and school year the student will be enrolled at time of testing.          2020-2021, 2021-2022
                                                                                          school year

### Grade: 2nd Grade

| Participation Area | Assessment Decision | Participation Level | Accommodations |
|---|---|---|---|
| Grade 2- District Math Assessment | District | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |
| Grade 2- ISIP Reading | District | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |

### Grade: 3rd Grade

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Joint Exhibit 6: pp. 15- 25
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00170
Page 15

Name: Howland Nguyen Liva, 297096          ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
#### Office of Special Education Services

| Participation Area | Assessment Decision | Participation Level | Accommodations |
|---|---|---|---|
| Grade 3 - Benchmarks | District | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |
| Grade 3 - Simulations | District | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |
| Grade 3 - STAAR Math | STAAR | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |
| Grade 3 - STAAR Reading | STAAR | Student will take this version of the test | |
| **Rationale:** 1. Receives TEKS-based instruction without allowable assessment accommodations | | | |

**End-of-Course Examinations**

☑ Student is not enrolled in any course requiring an End-of-Course examination.

**Additional Information Related to Accommodations for State Assessment(s):**

no special instructions or further details required.

## VII. CONSIDER EDUCATIONAL ALTERNATIVES:

Services which may be appropriate and for which the student is eligible were reviewed and discussed. Identify the general and special education alternatives and supplementary aids and services previously tried (t) or considered (c).

| Efforts to Modify and Supplement the Student's Participation in the General Education Setting | Academic Results | Non-Academic Results | Effect on Classroom Environment |
|---|---|---|---|
| General education classroom core instructional interventions (Tier I) | Positive | Positive | Difficulty with emotional/social interactions |
| Use of Classroom Accommodations | Need for more intensive support | Need for more intensive support | Difficulty with emotional/social interactions |
| Social Skills Supports | Need for more intensive support | Need for more intensive support | Difficulty with emotional/social interactions |

☐ Yes ☑ No    Were these efforts to modify and supplement the student's participation in the general education setting successful?

Reason efforts were not successful: Difficulty with emotional/social interactions

☑ Yes ☐ No    Will the student receive an educational benefit from participation in the general education setting (including nonacademic benefit)?

| Special Education Setting | Options provided in Academic setting | Options provided in Non Academic setting |
|---|---|---|
| Social Skills Instruction | Need for more intensive support | Need for more intensive support |

## VIII. CONSIDER LEAST RESTRICTIVE ENVIRONMENT AND CONSIDERATION OF RELATED FACTORS:

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education     Page 16

Joint Exhibit 6: pp. 16- 25
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00171

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

Note: Least Restrictive justifications should be completed before identifying the campus and / or instructional setting of the child who is to receive special education services.

The student will have available an instructional day commensurate with that of students without disabilities.

The ARD/IEP Committee recommends that the student receive ALL instruction and services in the general education setting with supplementary aids and services, based on a review of assessment data, new IEP, instructional modifications/supports necessary to implement IEP, and previous efforts/considerations (Complete supplement forms if applicable - Supplementary Aids and Services, Development of the BIP, PGP, etc.).

☐ Yes ☑ No

**B. For students receiving special education services not on his/her home campus:** (Address all) If additional space is needed use the deliberations page.

☑ Yes ☐ No     The ARD/IEP Committee assures that the student's educational placement is as close as possible to his/her home campus.

☐ Yes ☑ No     Student is excluded from non-academic and extracurricular activities.

In addressing the least restrictive environment, the ARD/IEP Committee considered the potential harmful effects on the student and on the quality of services provided to the student with disabilities if the student is removed from general education classes. The ARDC assures that benefits outweigh any potential harmful effects. Describe potential harmful effects:

**Effects on the student:** No harmful effects anticipated

**Effects on the quality of services:** No harmful effects anticipated

### IX. ASSURANCES: *(check all applicable items)*

*The ARD/IEP Committee assures that:*

The services described in the ARD document are necessary to provide a Free and Appropriate Public Education (FAPE).

☑ Yes ☐ No

Supplementary aids and services, instructional accommodations and/or content modifications documented are based on peer reviewed research to the extent practicable and provided within general education programs with non-disabled peers to the greatest extent possible.

☑ Yes ☐ No

Described services are provided free of charge during the regular campus time schedule and within the district calendar of instructional days.

☑ Yes ☐ No

Non-academic and extracurricular activities are available to the maximum extent appropriate and subject to applicable fees that are normally charged to non-disabled peers.

☑ Yes ☐ No

### X. PLACEMENT DETERMINATION: INSTRUCTIONAL SETTING / PROGRAM The student's educational placement is based on his/her IEP. 34 CFR §300.116; §300.118

The ARD/IEP Committee's determination of the appropriate educational placement for implementing a student's IEP must be based on the individual needs of the student.

| Semester | Location | Instructional Setting | Placement |
|---|---|---|---|
| Fall 2020-2021 | AISD campus | Less than 21% of the school day in special education setting | |

Joint Exhibit 6: pp. 17-25

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00172

Name: Howland Nguyen Liva, 297096                    ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
#### Office of Special Education Services

| Spring 2020-2021 | AISD campus | Less than 21% of the school day in special education setting | 41 |
|---|---|---|---|

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

**Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00173**

Name: Howland Nguyen Liva, 297096                                    ARD Meeting Date: 08/28/2020

ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

## XI. DELIBERATIONS:

### ARD/IEP Committee

The deliberations page documents and summarizes the decisions made during the ARD/IEP meeting. This written summary is not intended to be an exact recording or script of all conversations or comments made during the meeting.

☐ Yes ☐ No ☑ N/A          Student led a portion of the ARD/IEP Committee Meeting.

☑ Yes ☐ No ☐ N/A          Discussion of supplements and additional forms included on the IEP is recorded in the deliberations.

**Meeting start time:** 8:30 AM

**Meeting end time:** 8:45 AM

### MEETING INFORMATION
#### Purpose of the Meeting
The ARD/IEP Committee agreed to review the following: Agreement to Change, Program (IEP)
#### Procedural Safeguards
The parent was provided with a copy of the procedural safeguards on 08/28/2020
### EVALUATION INFORMATION
#### Full and Individual Evaluation Date: 04/14/2020

### ADDITIONAL COMMENTS:
This Agreement to Change (ATC) will amend the current ARD dated 05/07/2020. The purpose of this Agreement to Change (ATC) is to document the Temporary Virtual Services Plan (TVSP) that will be utilized while Howland is receiving services in a virtual classroom setting. The parent was contacted on 08/17/2020 by Jamie Sutherland and they are in agreement with the proposed changes.

☑          This entire document represents the actions of this ARD/IEP Committee. 34 CFR §300.322

☑          Report (ECI or private school students who meet requirements) received today by parent/surrogate parent/adult student.

Copy of report mailed/sent by:

| | | |
|---|---|---|
| Michael Hicks | Educational Diagnostician | 08/28/2020 |
| Name | Title | Date |

Copy to: Special Education Eligibility Folder Parent and/or Student Instructional StaffHowland L. b/n/f Robert & Jane L. vs. Allen ISD - 00174

Name: Howland Nguyen Liva, 297096

ARD Meeting Date: 08/28/2020

### ALLEN INDEPENDENT SCHOOL DISTRICT
Office of Special Education Services

## XII. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS:

| SIGNATURE AND TITLE Members | METHOD OF PARTICIPATION | POSITION | Time excused from meeting | Agreement Status |
|---|---|---|---|---|
| | ATC--Not required | Mother | | Agree |
| Name: Jane Liva | | | | |
| | ATC--Not required | Father | | Agree |
| Name: Robert Liva | | | | |
| *(signature)* | ATC--Not required | Educational Diagnostician | | ATC--Not required |
| Name: Michael Hicks | | | | |
| | ATC--Not required | LSSP | | ATC--Not required |
| Name: Amber Gibson | | | | |
| *(signature)* | ATC--Not required | Principal | | Agree |
| Name: Brooke Cherry | | | | |
| | ATC--Not required | Special Education Teacher | | ATC--Not required |
| Name: Jamie Sutherland | | | | |
| | ATC--Not required | Lead Speech Pathologist | | ATC--Not required |
| Name: Summer Farmer | | | | |
| | ATC--Not required | Grandparent | | ATC--Not required |
| Name: Debra Liva | | | | |
| | ATC--Not required | General Education Teacher | | ATC--Not required |
| Name: Emily Kelley | | | | |

ARD/IEP Committee signatures indicate that members were present at the ARD/IEP meeting, participated in the discussion, and understood what was discussed. Each member further understands that the parent/adult student and the administrator's agreement status indicate agreement and/or disagreement with the decisions of the ARD committee.

**PARENT/STUDENT RIGHTS:**

☐ No  ☑ Yes    A copy of the Procedural Safeguards was provided to the parent/adult student.

The IEP report will be sent to him/her on  08/28/2020          by  Michael Hicks

Given at the time of ARD/IEP meeting to:  Jane Liva

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Joint Exhibit 6: pp. 20- 25
Page 20
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00175

Student Name: Howland Nguyen Liva ID: 297096



**Allen Independent School District**
**Department of Special Education**
**Prior Written Notice**

The parent/adult student must be provided with prior written notice each time the district proposes and/or refuses initiation or changes to the identification, evaluation, educational program, or educational placement of the student or the provision of a free appropriate public education. Prior written notice must be provided at least 5 school days in advance of the action(s) that are proposed and/or refused.

This Notice of Proposal/Refusal was provided to the parent/adult student on 08/28/2020.

The District proposes to initiate, implement, or change the identification, evaluation, or educational placement of the student; or the provision of FAPE to the student.

| Describe the action Proposed / Refused by Allen ISD: |
|---|
| ☑ The District proposed to implement all components of the IEP as determined by the ARD committee. |

Proposed:

Temporary Virtual Services Plan (TVSP)

Refused:

None

| Explain why the action was Proposed / Refused by Allen ISD: |
|---|
| ☑ The data reviewed and considered by the ARD committee supports the determination of services proposed. |

Proposed:

District is offering virtual services during times when Presley is unable to or parent has chosen not to access on-campus learning.

Refused:

None

| Describe each evaluation procedure, assessment record, or report used as a basis for the Proposal / Refusal: |
|---|
| ☑ Sections II, III of the ARD document contain this information |

Full and Individual Evaluation (FIE)

Parent and Teacher report

School records

Progress reports

| Describe other options considered by the ARD committee and reasons why those were refused: |
|---|
| ☑ The IEP document and deliberations includes all options discussed and reason(s) refused. In order for the district to provide a Free Appropriate Public Education (FAPE), implementation of the ARD committee decision are determined to be necessary to meet the student's needs. |

Copy to: Special Education Eligibility Folder Parent and/or Student/Adult Student    Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00176

Student Name: Howland Nguyen Elva ID: 297090



**Allen Independent School District**
**Department of Special Education**
**Prior Written Notice**

| None |
| --- |

| **Describe any other factors relevant to the Proposal / Refusal:** |
| --- |
| ☑ None |

| None |
| --- |

Parents of a child with a disability have protection under the Procedural Safeguards of the Individuals with Disabilities Education Act (IDEA), Copies of the Procedural Safeguards may be obtained by contacting Allen ISD special education staff. The parent and/or adult student may contact the sources below to obtain assistance in understanding the provisions of Part B of IDEA.

| Sources for parents to contact to obtain assistance and understand the previsions of IDEA Part B: | | |
| --- | --- | --- |
| Allen ISD Special Services Director | Phone: | (972) 727-0490 |
| Regional Education Service Center Director | Phone: | (972) 348-1442 |
| Partners Resource Project Manager | Phone: | (800) 866-4726 |

Copy to: Special Education Eligibility Folder; Parent and/or Student Special Education    Page 22

Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00177



**Allen ISD Special Services**
**Parental Acknowledgement and Consent for SHARS**

**School Year: 2020-2021**
**Student Name: Howland Nguyen Liva**                                          **DOB: 08/30/2012**
**ID#: 297096**                    **Campus: Marion Elementary**               **Grade: 3rd Grade**

The Allen Independent School District (AISD) provides necessary school-based health and/or related services (SHARS) to your child at no cost to you, the parent/guardian. AISD participates in the State of Texas' School Health and Related Services (SHARS) fund reimbursement program through which Federal Medicaid funds are made available to school districts in the state to help cover the costs of providing necessary SHARS to students. Local Education Agencies (LEAs), such as school districts, are eligible to receive federal Medicaid reimbursements for medically necessary services provided to their Special Education students when the services meet the requirements of the state's school-based Medicaid program and are provided in accordance with the student's IEPs. The district utilizes services ordered in the IEP and the Medicaid identification number, in conjunction with the state Medicaid Agency and our Medicaid billing agent, to receive reimbursements for these services from the School-Based Medicaid program.

The Individuals with Disabilities Education Improvement Act of 2004 (IDEA) and the Family Educational Rights and Privacy Act (FERPA) require schools to notify parents that the district participates in this program. The district's participation in this program in no way impacts the services being provided to the student nor impacts the child's personal Medicaid benefits.

Please sign below and indicate your consent (yes or no) for the district to include your child's information as part of our participation in SHARS. At any time, you may notify the district to revoke your consent in the event you no longer want your student's information utilized for purposes of this program. Your signature also indicates acknowledgement that you received the attached "Parent/Guardian Rights and Protections for SHARS" Notification.

Parent/Guardian Name:  _____

Signature:  _____

Date:  _____

Yes _____ No _____ I give consent for AISD to include my child's information as part of the district's participation in SHARS.

**Third-Party Liability Notice**

The Texas Medicaid Healthcare Partnership (TMHP) posted a provider notice regarding Third Party Liability (TPL) for SHARS interim claims as of October 1, 2017. Using the pay and recover TPL process for SHARS, Medicaid pays the school district for services before third party reimbursement is sought (e.g., private insurance held by the parents of a student with a disability). If a third-party insurance carrier denies a claim for an acceptable reason, no further action is taken. Public schools are responsible for ensuring that students with disabilities receive a free and appropriate public education (FAPE). Parents/adult students cannot, therefore, be charged by a public school for special education services provided to students with disabilities. If you receive a document that is believed to be an insurance bill for school services, please consult with your school district.

Copy to: Special Education Eligibility Folder Parent and/or Student  Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00178



**Allen ISD Special Services**
**Notification of Parent/Guardian Rights and Protections for SHARS**

The Allen Independent School District currently provides necessary school-based health and/or related services (SHARS) to your child at no cost to you, the parent/guardian. The School District participates in the State of Texas' School Health and Related Services (SHARS) fund reimbursement program through which Federal Medicaid funds are made available to school districts in the state to help cover the costs of providing necessary services to students. Local Education Agencies (LEAs), such as school districts, are eligible to receive federal Medicaid reimbursements for medically necessary services provided to their Special Education students when the services meet the requirements of the state's school-based Medicaid program and are provided in accordance with the student's IEPs. The Individuals with Disabilities Education Improvement Act of 2004 (IDEA) and the Family Educational Rights and Privacy Act (FERPA) require schools to notify parents that the district participates in this program. The district's participation in this program in no way impacts the services being provided to the student nor impacts the family's Medicaid benefits.

To ensure that your child has access to a free appropriate public education, as required by Federal law, the School District must:

- Obtain your written consent prior to disclosing your child's health information to the State SHARS program. At any time, you may notify the district in the event you no longer want them to utilize your student's information for the purposes of this program.

- May not require you to sign up or enroll in any public benefits or insurance programs.

- May not require you to pay any out-of-pocket expenses such as a deductible or co-payment for the costs of the health and/or related services the School District provides to your child.

- May not use your child's Medicaid or other public benefits if that use would:

    - Decrease available lifetime coverage or any other insured benefit:

    - Result in you or your family paying for services that would otherwise be covered by Medicaid or other public insurance programs and that are required for your child outside of the time that your child is in school;

    - Increase your insurance premiums or lead to the discontinuation of any public benefits or insurance; or

    - Risk the loss of your eligibility for home and community-based waivers, based on aggregate health-related costs.

Copy to: Special Education Eligibility Folder Parent and/or Student Special Education

Joint Exhibit 6: pp. 24- 25
Page 24
Howland L. b/n/f Robert & Jane L. vs. Allen ISD - 00179

**Allen ISD Special Services**
**Temporary Virtual Service Plan**
**IEP Supplement Form**

This form is designed to document the temporary changes to special education services that will be provided to a student when a parent/guardian selects at-home learning or AISD is closed for in-person instruction during the COVID-19 pandemic.  This form is a supplement to the student's individualized education program (IEP) and will be attached to the student's current IEP document.  While some or all of the information recorded in this document may come from the student's IEP, this form is not intended to serve as, or to replace, the most recent IEP agreed upon by the student's admission, review, and dismissal (ARD) committee.  It may be used for documenting services that will be provided during times of selected or required at-home learning so that there is clarity for both parents/guardians and staff during this unique situation.

**Student Name:** Howland Liva          **DOB:** 8/30/2012          **ID#:** 297096

**Campus:** Marion Elementary          **Grade:** 3rd

**Date Temporary Virtual Service Plan Developed:** 8/28/2020

This temporary virtual service plan will be effective during the duration of the student's current IEP during the 2020-21 school year. If updates to the temporary virtual service plan are necessary, the parent/guardian will be contacted.

**Current IEP Date:** 5/7/2020          **Current FIE Date:** 4/14/2020

**Current Handicapping Condition(s):** AU, SI

**Adjustments to IEP accommodations, supports and services necessary during At-Home Learning:**

| | |
|---|---|
| ☒ | No adjustments needed to Accommodations |
| ☐ | Adjustments to Accommodations will be as follows: |
| ☒ | No adjustments needed to Supplementary Aids and Services |
| ☐ | Adjustments to Supplementary Aids and Services will be as follows: |
| ☒ | No Adjustments Needed to Goals/Objectives |
| ☐ | Adjustments to Goals/Objectives will be as follows: |
| ☐ | No Adjustments Needed to Schedule of Services |
| ☒ | Adjustments to Schedule of Services will be as follows: Speech Therapy will be on a consult basis for 10 minutes per month while Howland is receiving services in a virtual classroom setting. |
| ☒ | Additional Information:  No additional information required at this time. |

**Select Option Used for Communication with Parent/Guardian:**

☐ This temporary virtual service plan was reviewed with the parent/guardian in a parent conference on 8/26/2020   Name of staff member that reviewed plan with parent/guardian:  Sarah Martin

Parent/Guardian indicated agreement with plan:  ☒ YES   ☐ NO      Note: If no, an ARD must be scheduled to discuss areas of concern.

☐ The plan was reviewed in an ARD meeting on Click here to enter a date.  See ARD deliberations for additional details related to the meeting.

.