UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| H.L. b/n/f R.L. and J.L. | § |
| | § |
| v. | §   CIVIL NO. 4:21-CV-749-SDJ |
| | § |
| ALLEN INDEPENDENT SCHOOL DISTRICT | § |
| | § |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed December 15, 2023, (Dkt. #28), the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' Motion for Judgment on the Administrative Record, (Dkt. #18), is **DENIED**;

2. Defendant Allen Independent School District's Motion for Judgment on the Administrative Record, (Dkt. #17), is **GRANTED**;

3. Plaintiffs' Unopposed Motion to Set Hearing for Oral Argument, (Dkt. #27), is **DENIED as moot**;

4. Judgment is held in favor of Allen Independent School District;

5. The decision of the Special Education Hearing Officer rendered for the state of Texas in Docket No. 084-SE-0121 is **AFFIRMED**;

6. Any and all relief sought by Plaintiffs is **DENIED**;

7. Plaintiffs' claims are hereby **DISMISSED**;

8. Plaintiffs shall take nothing in both the underlying proceeding and this proceeding;

9. Allen Independent School District is hereby **GRANTED** its costs of court; and

10. Any relief not specifically granted herein is **DENIED**.

This is an appealable final judgment.

**So ORDERED and SIGNED this 15th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE